**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Fatemeh Tabatabaeifar,

Petitioner,

v.

Pamela Bondi, et al.,

Respondents.

No. CV-26-01695-PHX-GMS

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention, arguing it is prolonged and violates her Fifth Amendment rights. After the Petition was fully briefed, on June 26, 2026, Assistant Federal Public Defender Keith Hilzendeger filed a Motion to Appoint Counsel on Petitioner's behalf and sought to file an amended petition. (Doc. 14.) That same day, Magistrate Judge Michael T. Morrissey issued a Report and Recommendation (R&R) recommending denial of Petitioner's claims.[1]

The Court will grant the motion to appoint counsel and will direct counsel to file Objections to the R&R within 14 days of the filing date of this Order. *See* 18 U.S.C. § 3006A(a)(2)(B) (the court has the discretion to appoint counsel when "the interests of justice so require").

**IT IS THEREFORE ORDERED** Petitioner's Motion to Appoint Counsel (Doc. 14) is **granted**. Assistant Federal Public Defender Keith J. Hilzendeger is appointed to represent Petitioner in this action under 18 U.S.C. § 3006A(a)(2)(B).

[1] The R&R was not docketed until Monday, June 29, 2026. (Doc. 17.)

**IT IS FURTHER ORDERED** Petitioner's Motion to Seal (Doc. 15) is **granted**.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to file under seal the lodged financial affidavit. (Doc. 16).

**IT IS FURTHER ORDERED** within **14 days** of the filing date of this Order, Petitioner must file Objections to the R&R in this matter.

Dated this 10th day of July, 2026.

G. Murray Snow
Senior United States District Judge