**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Fatemeh Tabatabaeifar,<br>Petitioner,<br>v.<br>Pamela Bondi, et al.,<br>Respondents. | No. CV-26-01695-PHX-GMS<br>**ORDER** |

Petitioner moves for limited discovery of three categories of materials related to her immigration proceedings. (Doc. 21.) The Court will grant the request for limited discovery subject to Respondents' objections. The parties will be required to first meet and confer regarding any objections and, if an impasse is reached, must notify the Court no later than October 15, 2026. Respondents must otherwise provide the requested documents no later than October 22, 2026. Petitioner will be permitted to file a replacement Objection to the pending Report and Recommendation.

**IT IS THEREFORE ORDERED:**

(1) Petitioner's Motion for Limited Discovery (Doc. 21) is **granted** as explained herein. Any disputes regarding discovery must be filed no later than October 15, 2026. Respondents must respond to the three requests for documents no later than October 22, 2026.

///

///

(2) Petitioner may file a replacement Objection to the pending Report and Recommendation no later than October 29, 2026. Respondents may respond to Petitioner's replacement Objection no later than November 6, 2026.

Dated this 7th day of October, 2026.

G. Murray Snow
Senior United States District Judge