**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Fatemeh Tabatabaeifar,

Petitioner,

v.

Pamela Bondi, et al.,

Respondents.

No. CV-26-01695-PHX-GMS

**ORDER**

Before the Court is Petitioner's Notice of Noncompliance with Discovery Order and Motion for Extension of Time to File Replacement Objections to the Report and Recommendation. (Doc. 24).

**IT IS ORDERED** Respondents shall file a response to Petitioner's Notice/Motion on or before **Monday, November 2, 2026**.

Dated this 29th day of October, 2026.

G. Murray Snow
Senior United States District Judge