**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Fatemeh Tabatabaeifar,

Petitioner,

v.

Pamela Bondi, et al.,

Respondents.

No. CV-26-01695-PHX-GMS

**ORDER**

Before the Court is Respondents' Unopposed Motion for Extension of Time to Respond to Petitioner's Notice of Noncompliance with Discovery Order. (Doc. 27).

**IT IS ORDERED** granting the motion. Respondents shall file a response to Petitioner's Notice on or before **November 5, 2026.**

Dated this 2nd day of November, 2026.

G. Murray Snow
Senior United States District Judge